UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 13-1494 MRW | Date | March 13, 2014 |
|---|---|---|---|
| Title | Hernandez v. Colvin | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| n/a | | n/a |

**Proceedings:**       (IN CHAMBERS)   ORDER TO SHOW CAUSE RE: SANCTIONS

   This is an appeal from the denial of Social Security benefits. The government filed a notice indicating that Plaintiff failed to comply with this Court's time requirements regarding delivery of Plaintiff's portion of the joint submission. (Docket # 17.) Despite a previous continuance of the briefing schedule (Docket # 15, 16), the government contends that Plaintiff delayed delivering that material for an additional two weeks.

   IT IS ORDERED that:

   1.   Plaintiff's attorney will show cause why sanctions should not be imposed pursuant to Federal Rule of Civil Procedure 11 and paragraph 10 of the Court's scheduling order. (Docket # 7.) Plaintiff's attorney will submit a declaration (not to exceed 3 pages) addressing this issue by or before <u>March 31, 2014</u>.

   2.   The government will recalculate the relevant filing dates in this matter based on its actual receipt of Plaintiff's portion of the joint filing.