1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
3      1420 E. Cooley Dr., Suite 100
       Colton, California 92324
4      Telephone: (909) 796-4560
5      Facsimile:  (909) 796-3402
       E-Mail: fed.latour@yahoo.com
6
7  Attorney for Plaintiff

8              UNITED STATES DISTRICT COURT
9      CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10  OLGA R. HERNANDEZ,                    )    No.  ED CV 13-1494 MRW
11                                        )
12         Plaintiff,                     )    ORDER AWARDING EAJA FEES
                                          )
13         v.                             )
14                                        )
    CAROLYN W. COLVIN                     )
15  Acting Commissioner Of Social Security, )
16                                        )
17         Defendant.                     )

18         Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19         IT IS ORDERED that EAJA fees are awarded in the amount of THREE
20  THOUSAND FOUR HUNDRED FIFTY THREE DOLLARS AND 87/100
21  ($3,453.87) subject to the terms of the stipulation.
22
23         DATE:  July 21, 2014         _____
24
25                                       HON. MICHAEL R. WILNER
                                         UNITED STATES MAGISTRATE JUDGE
26
27
28

-1-